BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

JEFFREY A. BACKHUS (CABN 200177)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5080
    FAX: (408) 535-5066
    jeffrey.backhus@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ALEJANDRO CORNEJO-GARCIA,<br><br>    Defendant. | No. CR 16-00493 EJD<br><br>NOTICE OF DISMISSAL |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses Count Two of the Indictment without prejudice as to Alejandro Cornejo-Garcia only in the above-referenced case.

DATED: December 28, 2017                            Respectfully submitted,

                                                          BRIAN J. STRETCH
                                                          United States Attorney


                                                            /s/
                                                          JEFFREY A. BACKHUS
                                                         Assistant United States Attorney

1 [PROPOSED] ORDER

2     Leave is granted to the government to dismiss Count Two of the Indictment without prejudice as
3 to Alejandro Cornejo-Garcia.

Date: 12/29/2017

EDWARD J. DAVILA
United States District Judge

NOTICE OF DISMISSAL (CR 16-00493 EJD)